UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER KHATKAR,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>    Respondent. | No. 2:14-cv-0079 KJN P<br><br>[~~PROPOSED~~] ORDER |

   Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional fourteen (14) days, to and including October 8, 2014, to file a reply to Petitioner's opposition to motion to dismiss.

Dated:  September 24, 2014

/khat0079.prop.eot.2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1